UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **HRON MANAGEMENT LLC AND** | * | **CIVIL ACTION NO. 2:23-cv-6699** |
| **HRON REAL ESTATE, LLC** | * | |
| | * | |
| **VERSUS** | * | **JUDGE: _____** |
| | * | |
| | * | |
| **STATE FARM FIRE &** | * | **MAGISTRATE JUDGE _____** |
| **CASUALTY COMPANY** | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF REMOVAL

TO:   Honorable Judges of
      The United States District Court
      Eastern District of Louisiana

Defendant, **STATE FARM FIRE & CASUALTY COMPANY**, files this Notice of Removal pursuant to 28 U.S.C. § 1446.

1.

**STATE FARM** is defendant in an action filed in the Jefferson Parish Court, which is styled Hron Management LLC and Hron Real Estate LLC v. State Farm Fire & Casualty Company, docket number 854-334.

2.

The Court has jurisdiction over this civil action pursuant to 28 U.S.C. § 1332. Federal diversity jurisdiction exists over this case because, as set forth below, the amount in controversy, including penalties and attorney's fees, exceeds $75,000.00, and the citizenship of all named parties is diverse.

3.

Pursuant to 28 U.S.C. § 1446 (a), a complete copy of the record from the 24th Judicial

District Court, Parish of Jefferson as of November 6, 2023 is attached as *Exhibit "A"*.

4.

Pursuant to 28 U.S.C. § 1446 (b), a copy of this Notice of Removal is being served on the Plaintiffs and filed with the 24th Judicial District Court, Jefferson Parish, Louisiana.

**Timely Removal**

5.

Pursuant to 28 U.S.C. 1446, this case is being removed within 30 days after receipt of "other paper" in accordance with 28 USC 1446.

6.

The pleading served on State Farm listed Hron Management, LLC and Hron Real Estate, LLC as plaintiffs, and sets forth that both of these limited liability companies are Louisiana liability companies. *See Exhibit "A", p. 1*. However, the pleading did not set forth the specific members of these Limited liability companies or the members domicile. *See Exhibit "A", p. 1*. As such, the removability of this case was not apparent from the pleadings. *Elite Specialty Weldings. LLC v. Packaging Corporation of America, Inc.,* 2019 WL 2376149 (W.D. La. 4/15/2019).

7.

On October 29, 2023, in response to a request from undersigned counsel, State Farm was advised that the sole member of each of these limited liability companies Joel Hron, who is domiciled in Louisiana. *See Exhibit "B"*. Upon receipt of this October 29, 2023 correspondence, the 30 day time period for removal of the case began to run. *Elite Specialty Weldings. LLC v. Packaging Corporation of America, Inc.,* 2019 WL 2376149 (W.D. La. 4/15/2019).

8.

Because this removal is being filed within 30 days of receipt of the October 29, 2023

correspondence, this removal is timely.

## Amount in Controversy

9.

The pleading served on State Farm seeks recovery for contractual and bad faith damages for damage to property located at 5616 Heebe Street, Elmwood and 5613 Salmen Street, Harahan, Louisiana under policy nos. 98-EZ-2440-5 and 98-EZ-2441-0, namely damage to structures, business interruption, loss of use, and other consequential damages. *See Exhibit "A", p. 1-4.*

10.

Plaintiffs specifically asserts that State Farm estimated the loss at $686.62, while Plaintiff's adjuster has estimated the damages to the two buildings to be $612,028.11. *See Exhibit "A", p. 1.*[1] Assuming a covered cause of loss, the coverage for the building is $995,100.00. *See Exhibit "C".* Taking into consideration the Coverage A/Building claims, after deducting the $5,000.00 deductible, the amount in controversy, without including any amount for penalties and attorney's fees and other alleged non-Coverage A damages, exceeds $600,000.00. Based on the face of the pleadings, Plaintiffs' estimate, and the amount of coverage in dispute, the claimed unpaid damages to the property exceed the required amount for this court to exercise jurisdiction over this matter.

## Diversity Jurisdiction Exists

11.

The Petition for Damages has alleged that **STATE FARM** is foreign insurance company authorized to do and doing business in the State of Louisiana. *See Exhibit "A", p. 1.*

12.

**STATE FARM FIRE & CASUALTY COMPANY** is incorporated in the State of

---

[1] The estimate contained in State Farm's claim file has a RCV of $632,204.74. *See Exhibit "B", p. 40.*

Illinois with its principal place of business in Bloomington, Illinois.  **STATE FARM FIRE & CASUALTY COMPANY** has no parent company and does not have any shareholders.

13.

Hron Management LLC and Hron Real Estate, LLC are Louisiana limited liability companies with a domicile address/registered office at 5616 Heebe, Harahan, Louisiana 70123. *See Exhibit "A", p. 1.*  The sole member of both Hron Management LLC and Hron Real Estate, LLC is Joel Hron, who is domiciled in Louisiana.

14.

As such, complete diversity exists and the amount in controversy exceeds sum of $75,000.00.  Pursuant to 28 U.S.C. 1441 (a) this action is removable because the District Courts of the United States have original jurisdictions.

### Reservation of Rights and Defenses; Demand for Jury Trial

15.

**STATE FARM** reserves the right to supplement or amend this Notice of Removal.

16.

**STATE FARM** hereby reserves all defenses, and the filing of this Notice of Removal is subject to, and without waiver, of any and all defenses, including but not limited to, insufficiency of service of process, lack of personal jurisdiction, improper venue, lake of procedural capacity, improper cumulation of actions, no right of action, lack of standing, prescription, preemption, res judicata, collateral estoppel, no cause of action, and the right to trial by jury.

WHEREFORE, **STATE FARM** respectfully requests that this case proceed before this Court as an action properly removed.

Respectfully submitted,

STOCKWELL, SIEVERT, VICCELLIO,
CLEMENTS & SHADDOCK, L.L.P.
BY: /s Todd M. Ammons
      TODD M. AMMONS
      La. Bar Roll No. 21441
      One Lakeside Plaza, 4th Floor
      Lake Charles, LA  70602
      (337) 436-9491

## **CERTIFICATE**

**I HEREBY CERTIFY** that on November 6, 2022, a true and correct copy of the above and foregoing **NOTICE OF REMOVAL** was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record participating in CM/ECF by operation of the court's electronic filing system.

/s Todd M. Ammons
TODD M. AMMONS